AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:98-cr-288-T-26TBM |
| | 8:07-cr-299-T-26MSS |
| TYRONE HENDERSON | USM Number: 22761-018 |
| | _Mary Mills, pda_ |
| | Defendant's Attorney |

**THE DEFENDANT:**

___X___ admitted guilt to violation of charge numbers _1,2,3,4,5 and 6_ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Principle to robbery-strongarm with a mask | April 16, 2008 |
| 2 | Principle to a robbery-strongarm with a mask | April 16, 2008 |
| 3 | Principle to petit theft less than $100 | April 16, 2008 |
| 4 | Burglary of a dwelling with a battery | April 16, 2008 |
| 5 | False Imprisonment | April 16, 2008 |
| 6 | Criminal mischief-Damage $200 or less | April 16, 2008 |

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_July 2, 2008_
Date of Imposition of Judgment

_____
Richard A. Lazzara
UNITED STATES DISTRICT JUDGE

_7/1/08_
Date

Defendant:     Tyrone Henderson                                    Judgment - Page _2_ of _2_
Case No.:      8:98-cr-288-T-26TBM
               8:07-cr-299-T-26MSS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THIRTY (30) MONTHS in Case Nos. 8:08-cr-288-T-26TBM and 8:07-cr-299-T-26MSS to run concurrently. This sentence is to run CONSECUTIVE to the term of imprisonment already imposed in the Lake County Circuit Court.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

\_\_\_ at _____ a.m.     p.m.     on _____.

_____ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau            of Prisons:

\_\_\_ before 2 p.m. on _____.

\_\_\_ as notified by the United States Marshal.

\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL